**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of Indiana**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy 06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Brent**<br>First name<br>**Allen**<br>Middle name<br>**Romines**<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1 **Brent**  **Allen**  **Romines**
First Name   Middle Name   Last Name

Case number *(if known)* _____

**3.** **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx  – xx – **7** **6** **8** **8**

OR

**9** xx – xx – ___ ___ ___ ___

xxx  – xx – ___ ___ ___ ___

OR

**9** xx – xx – ___ ___ ___ ___

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

**5.** **Where you live**

**59 EMS B36B1 Lane**
Number   Street

_____

**Warsaw**   **IN**   **46582**
City   State   ZIP Code

**KOSCIUSKO**
County

**If your mailing address is different from the one  above, fill it in here.** Note that the court will send  any notices to you at this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City   State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number   Street

_____

_____
City   State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number   Street

_____
P.O. Box

_____
City   State   ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition,  I have lived in this district longer than in any  other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition,  I have lived in this district longer than in any  other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

Official Form 101   **Voluntary Petition for Individuals Filing for Bankruptcy**   page 2 of 8

Copyright © Financial Software Solutions, LLC

Debtor 1    **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
        First Name        Middle Name     Last Name

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for Bankruptcy within the last 8 years?**

☒ No

☐ Yes.

| District _____ | When _____ MM/DD/YYYY | Case number _____ |
|---|---|---|
| District _____ | When _____ MM/DD/YYYY | Case number _____ |
| District _____ | When _____ MM/DD/YYYY | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ MM/DD/YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM/DD/YYYY | Case number, if known _____ |

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1  **Brent**            **Allen**            **Romines**                    Case number *(if known)*
                First Name          Middle Name         Last Name

**11.** **Do you rent your residence?**

☒ No    Go to line 12.

☐ Yes   Has your landlord obtained an eviction judgment against you?

    ☒ No    Go to line 12.

    ☐ Yes   Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
| --- | --- |

**12.** **Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☒ Yes.   Name and location of business

**Romines Investments, LLC**
Name of business, if any

**59 EMS B36B1 Ln**
Number          Street

**Warsaw**                                    **IN**                    **46582**
City                                              State                   Zip Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor 1 **Brent**        **Allen**        **Romines**                    Case number *(if known)* _____
          First Name      Middle Name      Last Name

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes.    What is the hazard?    _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
                          Number        Street

                          _____

                          _____
                          City                    State    Zip Code

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 5 of 8

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1 **Brent**    **Allen**    **Romines**       Case number *(if known)* _____

      First Name      Middle Name    Last Name

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

---

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 6 of 8

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1  **Brent**        **Allen**        **Romines**
_____  Case number (if known) _____
        First Name   Middle Name   Last Name

| | |
|---|---|
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.**  **What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** _Consumer debts_ are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** _Business debts_ are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts.

**17.**  **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No.   I am not filing under Chapter 7. Go to line 18.

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18.**  **How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19.**  **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.**  **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Copyright © Financial Software Solutions, LLC       BlueStylus

Debtor 1   **Brent**     **Allen**     **Romines**         Case number *(if known)* _____
        First Name       Middle Name     Last Name

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

&#10006;   **/s/ Brent  Allen Romines** _____     &#10006; _____
      Signature of Debtor 1                       Signature of Debtor 2

      Executed on   **8/13/2026** _____         Executed on _____
                    MM/DD/YYYY                             MM/DD/YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

&#10006;   **/s/ Scot Skekloff** _____     Date _____
      Signature of Attorney for Debtor                       MM/DD/YYYY

      **Scot T. Skekloff** _____
      Printed name

      **HallerColvin PC** _____
      Firm name

      **444 East Main St** _____
      Number         Street

      **Fort Wayne**             **IN**         **46802**
      City                         State         Zip Code

      Contact phone   **(260) 426-0444**         Email address   **sskekloff@hallercolvin.com**

      **15849-02**               **Indiana**
      Bar number               State

---

Official Form 101             **Voluntary Petition for Individuals Filing for Bankruptcy**             page 8 of 8

**Fill in this information to identify your case:**

Debtor 1        __Brent__        __Allen__        __Romines__
                First Name        Middle Name        Last Name

Debtor 2        _____
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   __Northern District of Indiana__

Case number (*If known*):   _____

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders |
|---|---|

|  | **Unsecured Claim** |
|---|---|

**1** | **United States Small Business Administration**
Creditor's Name

**District Director**
**5726 Professional Circle**
**Suite 100**
Number        Street

**Indianapolis        IN        46241**
City        State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** __Other: Loan guaranty__

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):        $ _____
                   Value of security:        − $ _____
                   Unsecured claim        $ _____

$        **1,858,226.00**

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1    **Brent**      **Allen**      **Romines**      Case number *(if known)* _____
      First Name      Middle Name      Last Name

---

**2**

**Brucker Company**
Creditor's Name

**1200 Greenleaf Ave**
Number     Street

**Elk Grove Village**    **IL**    **60007**
City       State   Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other: business**     $     **318,355.60**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
     Value of security:      − $ _____
     Unsecured claim      $ _____

---

**3**

**Pro Fit HVAC, LLC**
Creditor's Name

**15713 State Route 116**
Number     Street

**Saint Marys**    **OH**    **45885-9271**
City       State   Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other: business**     $     **297,848.06**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
     Value of security:      − $ _____
     Unsecured claim      $ _____

---

**4**

**Langendorf Supply Co.**
Creditor's Name

**7951 Zionsville Rd**
Number     Street

**Indianapolis**    **IN**    **46268**
City       State   Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other: business**     $     **232,918.00**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
     Value of security:      − $ _____
     Unsecured claim      $ _____

---

Copyright © Financial Software Solutions, LLC                     BlueStylus

Debtor 1 **Brent** **Allen** **Romines**  Case number *(if known)* _____
_____ _____ _____
First Name Middle Name Last Name

---

**5** | **Plumbers Supply Co**

Creditor's Name

**533 Keystone Dr.**
Number        Street

**Fort Wayne        IN      46825**
City            State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other: business**   $ **164,398.62**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:    − $ _____
    Unsecured claim       $ _____

---

**6** | **American Metals Supply**

Creditor's Name

**11337 Williamson Rd.**
Number        Street

**Cincinnati        OH      45241**
City            State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other: business**   $ **52,988.91**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:    − $ _____
    Unsecured claim       $ _____

---

**7** | **PNC Mortgage**

Creditor's Name

**Attn: Bankruptcy**
**8177 Washington Church Rd**
Number        Street

**Dayton        OH      45458**
City            State   Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? _____   $ **46,276.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
    Value of security:    − $ _____
    Unsecured claim       $ _____

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1    **Brent**                **Allen**              **Romines**              Case number *(if known)* _____
        First Name           Middle Name         Last Name

---

**8**

**PNC Bank**
Creditor's Name

**Attn: Bankruptcy Department**
**PO Box 489909**
Number          Street

**Charlotte**          **NC**     **28269-5329**
City                    State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?  Other: business**          $          **44,256.00**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
      Value of security:          − $ _____
      Unsecured claim          $ _____

---

**9**

**Pawnee Leasing Corp**
Creditor's Name

**3801 Automation Way**
Number          Street

**Fort Collins**          **CO**     **80525**
City                    State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?  Other: business**          $          **40,135.15**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
      Value of security:          − $ _____
      Unsecured claim          $ _____

---

**10**

**Lane Steel Co., Inc.**
Creditor's Name

**4 River Road**
Number          Street

**Mc Kees Rocks**     **PA**     **15136**
City                    State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?  Other: business**          $          **28,950.05**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):          $ _____
      Value of security:          − $ _____
      Unsecured claim          $ _____

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor 1    **Brent**            **Allen**            **Romines**            Case number *(if known)* _____
            First Name          Middle Name          Last Name

---

**11**  **Alliance Trading, Inc.**          What is the nature of this claim?  **Other: business**          $          **25,241.40**
        Creditor's Name

        **6105 41st Street East**          **As of the date you file, the claim is:** Check all that apply.
        Number        Street              ☒ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
        **Bradenton         FL     34203**  ☐ None of the above apply
        City                State  Zip Code

                                          **Does the creditor have a lien on your property?**
                                          ☒ No
        _____
        Contact                           ☐ Yes. Total claim (secured and unsecured):          $ _____
                                                  Value of security:                    − $ _____
        _____
        Contact phone                             Unsecured claim                          $ _____

---

**12**  **Temperature Equipment Corporation**  What is the nature of this claim?  **Other: business**          $          **19,791.80**
        Creditor's Name

        **8500 North Creek Drive**          **As of the date you file, the claim is:** Check all that apply.
        Number        Street              ☒ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
        **Tinley Park       IL     60477**  ☐ None of the above apply
        City                State  Zip Code

                                          **Does the creditor have a lien on your property?**
                                          ☒ No
        _____
        Contact                           ☐ Yes. Total claim (secured and unsecured):          $ _____
                                                  Value of security:                    − $ _____
        _____
        Contact phone                             Unsecured claim                          $ _____

---

**13**  **Bank of America**          What is the nature of this claim?  **Other: business**          $          **19,080.00**
        Creditor's Name

        **Attn: Bankruptcy**
        **4909 Savarese Circle**          **As of the date you file, the claim is:** Check all that apply.
        Number        Street              ☒ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
        **Tampa              FL     33634**  ☐ None of the above apply
        City                State  Zip Code

                                          **Does the creditor have a lien on your property?**
                                          ☒ No
        _____
        Contact                           ☐ Yes. Total claim (secured and unsecured):          $ _____
                                                  Value of security:                    − $ _____
        _____
        Contact phone                             Unsecured claim                          $ _____

---

Copyright © Financial Software Solutions, LLC                                                                                BlueStylus

Debtor 1  **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
_____
          First Name        Middle Name        Last Name

---

**14** | **Menards**
Creditor's Name

**5105 Menards Drive**
Number        Street

**Eau Claire**      **WI**    **54703**
City            State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other: business**        $            **19,008.00**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):      $ _____
         Value of security:              − $ _____
         Unsecured claim                  $ _____

---

**15** | **Ideal Insulation Inc.**
Creditor's Name

**549 E 700 North**
Number        Street

**Franklin**        **IN**    **46131**
City            State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other: business**        $            **15,693.00**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):      $ _____
         Value of security:              − $ _____
         Unsecured claim                  $ _____

---

**16** | **Sheriff of Allen County**
Creditor's Name

**Attn: Sgt. Brian Sandberg**
**Courthouse Rm 100 Civil Division**
**715 S. Calhoun St.**
Number        Street

**Fort Wayne**      **IN**    **46802**
City            State    Zip Code

_____
Contact

_____
Contact phone

What is the nature of this claim? **Other:**              $            **15,431.01**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):      $ _____
         Value of security:              − $ _____
         Unsecured claim                  $ _____

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1      **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
      First Name      Middle Name      Last Name

---

**17**

**Indiana Department of Revenue**
Creditor's Name

**Bankruptcy Section
Indiana Department of Revenue
100 North Senate Avenue
MS 108**
Number     Street

**Indianapolis   IN   46204**
City     State   Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other:** _____      $ _____ **14,186.52**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
     Value of security:   − $ _____
     Unsecured claim   $ _____

---

**18**

**Millennia Stainless Inc.**
Creditor's Name

**10016 Romandel Ave**
Number     Street

**Santa Fe Springs   CA   90670**
City     State   Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other: business**      $ _____ **14,066.56**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
     Value of security:   − $ _____
     Unsecured claim   $ _____

---

**19**

**Wells Fargo**
Creditor's Name

**420 Montgomery Street**
Number     Street

**San Francisco   CA   94104**
City     State   Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim?** **Other:** _____      $ _____ **12,300.61**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):   $ _____
     Value of security:   − $ _____
     Unsecured claim   $ _____

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor 1 | **Brent** | **Allen** | **Romines** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**20**

**US Bank**
Creditor's Name

**CB Disputes**
Number        Street

**Saint Louis        MO    63166**
City                State    Zip Code

_____
Contact

_____
Contact phone

**What is the nature of this claim? Other:** _____    $              **10,998.00**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):        $ _____
            Value of security:                    − $ _____
            Unsecured claim                          $ _____

---

**Part 2:      Sign Below**

---

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗  **/s/ Brent  Allen Romines**                    ✗  _____
    Signature of Debtor 1                              Signature of Debtor 2

Date    **8/13/2026**                              Date    _____
            MM/DD/YYYY                                        MM/DD/YYYY

---

Copyright © Financial Software Solutions, LLC                                        BlueStylus

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Brent** | **Allen** | **Romines** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number _____
(*If known*):

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................................... $ **329,000.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................................... $ **66,717.71**

   1c. Copy line 63, Total of all property on *Schedule A/B* ................................................................ $ **395,717.71**

### Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* .... $ **45,312.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... $ **45,594.40**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................... **+** $ **3,270,552.56**

   **Your total liabilities**     $ **3,361,458.96**

### Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I* ...................................................................... $ **5,740.00**

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J* ................................................................................ $ **5,579.50**

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
     First Name      Middle Name     Last Name

---

### Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total Claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)     $ _____ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $ _____ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     $ _____ 0.00

   9d. Student loans. (Copy line 6f.)     $ _____ 0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     $ _____ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     **+** $ _____ 0.00

   9g. **Total.** Add lines 9a through 9f.     $ _____ 0.00

---

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case and this filing:**

Debtor 1        __Brent__              __Allen__              __Romines__
                First Name             Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name            Last Name

United States Bankruptcy Court for the: __Northern District of Indiana__

Case number (*If known*): _____

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    **12/15**

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes. Where is the property?

**1.1.** __59 EMS B36B1 Ln.__
      Street address, if available, or other description

__Warsaw__       __IN__   __46852__
City             State    Zip Code

__KOSCIUSKO__
County

**What is the property?** Check all that apply.

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** __(Zillow)__

Do not deduct secured claims or exemptions. Put  the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____329,000.00   $ _____329,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Co-op real estate co-owned with spouse**

☐ **Check if this is community property**
   (see instructions)

**Note:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................................➔

$ _____329,000.00

Debtor 1 __**Brent**_____ __**Allen**_____ __**Romines**_____   Case number *(if known)* _____
         First Name            Middle Name              Last Name

---

**Part 2:**   **Describe Your Vehicles**

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ☑ Yes

| | | | | |
|---|---|---|---|---|
| **3.1.** | Make: | **Chevrolet** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Silverado** | ☑ Debtor 1 only | |
| | Year: | **2022** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **82,000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | $ **20,500.00**   $ **20,500.00** |
| | **KBB Value** | | ☐ **Check if this is community property** (see instructions) | |

    **Note:**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No

   ☑ Yes

| | | | | |
|---|---|---|---|---|
| **4.1.** | Make: | **Mericruiser** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Boat** | ☑ Debtor 1 only | |
| | Year: | **2004** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | $ **3,800.00**   $ **3,800.00** |
| | **with trailer** | | ☐ **Check if this is community property** (see instructions) | |

| | | | | |
|---|---|---|---|---|
| **4.2.** | Make: | **Sunchaser** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Pontoon** | ☐ Debtor 1 only | |
| | Year: | **2020** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☑ At least one of the debtors and another | $ **25,000.00**   $ **25,000.00** |
| | | | ☐ **Check if this is community property** (see instructions) | |

---

Copyright © Financial Software Solutions, LLC                                        BlueStylus

Debtor 1    **Brent**        **Allen**            **Romines**                     Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

**4.3**.    Make:            **Tracker**

Model:        **Fishing Boat**

Year:            **2018**

Approximate mileage:    _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $        **1,000.00** | $        **1,000.00** |

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................................................➔    $        **50,300.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? |
|---|---|
| | Do not deduct secured claims or exemptions. |

6.    **Household goods and furnishings**

☐ No

☒ Yes. Describe..............................    **Washer, dryer, refrigerator, dishwasher, stove, couch, chairs, 3 bedroom sets, outdoor furniture, kitchen essentials, etc.**        $        **500.00**

7.    **Electronics**

☐ No

☒ Yes. Describe..............................    **TVs, 2 cell phones, stereo**        $        **250.00**

8.    **Collectibles of value**

☒ No

☐ Yes. Describe..............................        $    _____

9.    **Equipment for sports and hobbies**

☒ No

☐ Yes. Describe..............................        $    _____

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1   **Brent**              **Allen**              **Romines**                        Case number *(if known)* _____
         First Name        Middle Name       Last Name

**10**. **Firearms**

☐ No

☑ Yes. Describe...........................

| 9mm Handgun Remington | $ | 150.00 |

**11**. **Clothes**

☐ No

☑ Yes. Describe...........................

| Everyday clothes and shoes | $ | 250.00 |

**12**. **Jewelry**

☐ No

☑ Yes. Describe...........................

| Wedding band | $ | 100.00 |

**13**. **Non-farm animals**

☑ No

☐ Yes. Describe...........................

| | $ | |

**14**. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Describe...........................

| | $ | |

**15**.   **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................................➔

| | $ | 1,250.00 |

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ...................................

| **16.1** | **Cash** | $ | 100.00 |

---

Official Form 106A/B              **Schedule A/B: Property**            page 4 of 11

Copyright © Financial Software Solutions, LLC                                               BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**                      Case number *(if known)* _____
        First Name      Middle Name      Last Name

17. **Deposits of Money**
- ☐ No
- ☑ Yes ………………………………      Institution name:

    **17.1**. **Checking Account**      **PNC Bank** _____ $      **317.71**

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ☑ No
- ☐ Yes ………………………………      Institution or issuer name:

     $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ☐ No
- ☑ Yes. Give specific information about them……………………………      Name of entity:      % of ownership:

    **19.1**   **B.A. Romines Sheet Metal, Inc. - insolvent**      **100.00** % $      **0.00**

    **19.2**   **Romines Investments, LLC**      **70.00** % $      **Unknown**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
- ☑ No
- ☐ Yes. Give specific information about them……………………………      Issuer name:

     $ _____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ☐ No
- ☑ Yes. List each account separately.

     Type of account:      Institution name:

    **21.1 IRA**      **Roth** _____ $      **14,750.00**

    **21.2 Pension Plan**      **Sheet Metal Worker Local 20 Union Pension Retirement Funds**      $      **Unknown**

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1  **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
          First Name        Middle Name        Last Name

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes …………………………………….     Institution name or individual:

_____     $ _____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes …………………………………….     Issuer name and description:

_____     $ _____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes …………………………………….     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____     $ _____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Describe………....................     

_____     $ _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

☑ No
☐ Yes. Describe………....................     

_____     $ _____

**27. Licenses, franchises, and other general intangibles**

☑ No
☐ Yes. Describe………....................     

_____     $ _____

Official Form 106A/B                    **Schedule A/B: Property**                    page 6 of 11

Copyright © Financial Software Solutions, LLC                                      BlueStylus

Debtor 1  **Brent**          **Allen**          **Romines**                Case number *(if known)* _____
          First Name          Middle Name         Last Name

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. …..………...

    Federal:    $ _____

    State:      $ _____

    Local:      $ _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information ...........

    Alimony:              $ _____
    Maintenance:          $ _____
    Support:              $ _____
    Divorce settlement:   $ _____
    Property settlement:  $ _____

30. **Other amounts someone owes you**
    ☑ No
    ☐ Yes. Give specific information. ........

    $ _____

31. **Interests in insurance policies**
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value ...…..  Company name: _____  Beneficiary: _____  Surrender or refund value:
    $ _____

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
          First Name       Middle Name      Last Name

**32**. **Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe……………..………    $ _____

**33**. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Describe……………..………    $ _____

**34**. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe……………..………    $ _____

**35**. **Any financial assets you did not already list**

☑ No

☐ Yes. Describe……………..………    $ _____

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................... ➔    $ **15,167.71**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**38**. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe……………..………    $ _____

**39**. **Office equipment, furnishings, and supplies**

☑ No

☐ Yes. Describe……………..………    $ _____

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
             First Name       Middle Name       Last Name

**40**. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe………………..………                                                                    $ _____

**41**. **Inventory**

☑ No

☐ Yes. Describe………………..………                                                                    $ _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe ................................   Name of entity:                     % of ownership:

_____        _____ %        $ _____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe……………....                                                              $ _____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information ………                                                      $ _____

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................................➔   $ _____0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---------|---|
|         | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

Debtor 1   **Brent**　　　**Allen**　　　**Romines**　　　　　Case number *(if known)* _____

First Name　　　Middle Name　　　Last Name

---

**47**. **Farm animals**

☑ No

☐ Yes. Describe…………….…………

$ _____

---

**48**. **Crops - either growing or harvested**

☑ No

☐ Yes. Describe…………….…………

$ _____

---

**49**. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes. Describe…………….…………

$ _____

---

**50**. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes. Describe…………….…………

$ _____

---

**51**. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Describe…………….…………

$ _____

---

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................................➔   $ _____ **0.00**

---

Copyright © Financial Software Solutions, LLC　　　　　BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
_____    _____    _____
First Name    Middle Name    Last Name

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.    **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No

☐ Yes. Give specific information………    $ _____ 0.00

54.    **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➔    $ _____ 0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.    **Part 1: Total real estate, line 2** ................................................................................➔    $ _____ 329,000.00

56.    **Part 2: Total vehicles, line 5**                            $ _____ 50,300.00

57.    **Part 3: Total personal and household items, line 15**    $ _____ 1,250.00

58.    **Part 4: Total financial assets, line 36**                $ _____ 15,167.71

59.    **Part 5: Total business-related property, line 45**       $ _____ 0.00

60.    **Part 6: Total farm- and fishing-related property, line 52**    $ _____ 0.00

61.    **Part 7: Total other property not listed, line 54**    **+** $ _____ 0.00

62.    **Total personal property.** Add line 56 through 61…………………    $ _____ 66,717.71    Copy personal property total ➔ **+** $ _____ 66,717.71

63.    **Total of all property on Schedule A/B.** Add line 55 + line 62. .................................................    $ _____ 395,717.71

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Brent** | **Allen** | **Romines** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: Property You Claim as Exempt    **04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **59 EMS B36B1 Ln. Warsaw, IN 46852 (Zillow)**<br>Line from *Schedule A/B* **1.1** | $ **329,000.00** | ☐ $ _____<br>☑ 100% of fair market value up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(1)** |
| Brief description: **with trailer**<br>Line from *Schedule A/B* **4.2** | $ **3,800.00** | ☑ $ **3,800.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |
| Brief description:<br>Line from *Schedule A/B* **4.3** | $ **1,000.00** | ☑ $ **1,000.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **Ind. Code § 34-55-10-2(c)(2)** |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1  **Brent**  **Allen**  **Romines**  Case number *(if known)* _____

First Name  Middle Name  Last Name

| Brief description: | **Washer, dryer, refrigerator, dishwasher, stove, couch, chairs, 3 bedroom sets, outdoor furniture, kitchen essentials, etc.** | $ **1,000.00** | ☑ $ **500.00** | **Ind. Code § 34-55-10-2(c)(2)** |
|---|---|---|---|---|
| Line from Schedule A/B | **6.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **TVs, 2 cell phones, stereo** | $ **500.00** | ☑ $ **250.00** | **Ind. Code § 34-55-10-2(c)(2)** |
|---|---|---|---|---|
| Line from Schedule A/B | **7.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **9mm Handgun Remington** | $ **150.00** | ☑ $ **150.00** | **Ind. Code § 34-55-10-2(c)(2)** |
|---|---|---|---|---|
| Line from Schedule A/B | **10.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **Everyday clothes and shoes** | $ **250.00** | ☑ $ **250.00** | **Ind. Code § 34-55-10-2(c)(2)** |
|---|---|---|---|---|
| Line from Schedule A/B | **11.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **Wedding band** | $ **100.00** | ☑ $ **100.00** | **Ind. Code § 34-55-10-2(c)(2)** |
|---|---|---|---|---|
| Line from Schedule A/B | **12.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **Cash** | $ **100.00** | ☑ $ **0.00** | **Ind. Code § 34-55-10-2(c)(3)** |
|---|---|---|---|---|
| Line from Schedule A/B | **16.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **PNC Bank Checking Account 2178** | $ **635.41** | ☑ $ **317.71** | **Ind. Code § 34-55-10-2(c)(3)** |
|---|---|---|---|---|
| Line from Schedule A/B | **17.1** | | ☐ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **Roth** | $ **14,750.00** | ☐ $ | **Ind. Code § 34-55-10-2(c)(6)** |
|---|---|---|---|---|
| Line from Schedule A/B | **21.1** | | ☑ 100% of fair market value up to any applicable statutory limit | |

| Brief description: | **Sheet Metal Worker Local 20 Union Pension Retirement Funds** | $ **Unknown** | ☑ $ **Unknown** | **Ind. Code § 34-55-10-2(c)(6)** |
|---|---|---|---|---|
| Line from Schedule A/B | **21.2** | | ☐ 100% of fair market value up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**

(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

Official Form 106C  **Schedule C: The Property You Claim as Exempt**  page 2 of 3

Copyright © Financial Software Solutions, LLC  BlueStylus

| Debtor 1 | **Brent** | **Allen** | **Romines** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☑ No

☐ Yes

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor 1     **Brent**                  **Allen**                  **Romines**
                 First Name                  Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name            Middle Name              Last Name

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**
    ☐  No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑  Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.1**  **3Rivers FCU**
Creditor's Name

**Attn: Bankruptcy
PO Box 2573**
Number   Street

**Fort Wayne          IN      46801**
City                      State   Zip Code

**Describe the property that secures the claim:**

**Sunchaser Pontoon 2020**

$  24,188.00  $   25,000.00  $       0.00

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Additional Information:**

**Sunchaser Pontoon**

**Who owes the debt?** Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another

**Nature of Lien.** Check all that apply.
☑  An agreement you made (such as mortgage or secured car loan)
☐  Statutory lien (such as tax lien, mechanic's lien)
☐  Judgement lien from a lawsuit
☐  Other (including a right to offset)

☐  **Check if this claim relates to a community debt**

**Date debt was incurred** _____     **Last 4 digits of account number** _____

**Note:**

Debtor 1   **Brent**                    **Allen**                     **Romines**                    Case number *(if known)* _____
           First Name                   Middle Name                  Last Name

| 2.2 | **Partners 1st FCU** | **Describe the property that secures the claim:** | $   21,124.00 | $   25,000.00 | $   0.00 |

Creditor's Name

**1330 Directors Row**

| **Chevrolet Silverado 2022, KBB Value** |

Number   Street

**Fort Wayne**          **IN**     **46808**
City                   State   Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Additional Information:**

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____       **Last 4 digits of account number** **1000** _____

**Note:**

**Add the dollar value of your entries in Column A on this page. Write that number here:**        $   **45,312.00**

Copyright © Financial Software Solutions, LLC

Debtor 1    **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
      First Name         Middle Name        Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Copyright © Financial Software Solutions, LLC        BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brent** | **Allen** | **Romines** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1**

**Indiana Department of Revenue**
Priority Creditor's Name

**Bankruptcy Section**
**Indiana Department of Revenue**
**100 North Senate Avenue**
**MS 108**

Number      Street

**Indianapolis        IN      46204**
City                State   Zip Code

Last 4 digits of account number _____

**When was the debt incurred?** _____

Total claim: $ **14,186.52**   Priority amount: $ **14,186.52**   Nonpriority amount: $ **0.00**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

**Description:**

**Taxes and certain other debts**

**Note:**

| | | |
|---|---|---|
| Official Form 106E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page 1 of 39 |

Copyright © Financial Software Solutions, LLC

Debtor 1    **Brent**      **Allen**      **Romines**      Case number *(if known)* _____
First Name      Middle Name      Last Name

---

**2.2**    **Ohio Department of Taxation**      Last 4 digits of account number _____    $   8,534.97   $   8,534.97   $    0.00
Priority Creditor's Name

**Bankruptcy Division**      When was the debt incurred? _____
**30E. Broad Street**
**21st Floor**

Number    Street      **As of the date you file, the claim is:** Check all that apply.
     ☒ Contingent
**Columbus**    **OH**    **43215**      ☐ Unliquidated
City      State   Zip Code      ☐ Disputed

**Who owes the debt?** Check one.      **Type of PRIORITY unsecured claim:**
☒ Debtor 1 only      ☐ Domestic support obligations
☐ Debtor 2 only      ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only      ☐ Claims for death or personal injury while you were intoxicated
☒ At least one of the debtors and another      ☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**      **Description:**
☒ No
☐ Yes      | **Taxes and certain other debts** |

   **Note:**

---

**2.3**    **Sheriff of Allen County**      Last 4 digits of account number _____    $   7,441.90   $   7,441.90   $    0.00
Priority Creditor's Name

**Attn: Sgt. Brian Sandberg**      When was the debt incurred? _____
**Courthouse Rm 100 Civil Division**
**715 S. Calhoun St.**
Number    Street      **As of the date you file, the claim is:** Check all that apply.
     ☒ Contingent
**Fort Wayne**    **IN**    **46802**      ☐ Unliquidated
City      State   Zip Code      ☐ Disputed

**Who owes the debt?** Check one.      **Type of PRIORITY unsecured claim:**
☒ Debtor 1 only      ☐ Domestic support obligations
☐ Debtor 2 only      ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only      ☐ Claims for death or personal injury while you were intoxicated
☐ At least one of the debtors and another      ☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**      **Description:**
☒ No
☐ Yes      | **Withholding Tax** |

   **Note:**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor 1 | **Brent** | **Allen** | **Romines** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.4 | **Sheriff of Allen County** | Last 4 digits of account number  **4537** | $ **15,431.01** | $ **15,431.01** | $ **0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?  **4/30/2024**

**Attn: Sgt. Brian Sandberg**
**Courthouse Rm 100 Civil Division**
**715 S. Calhoun St.**

Number      Street

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Fort Wayne          IN      46802**

City                State    Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Tax Warrant**

**Note:**

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1    **Brent**      **Allen**      **Romines**      Case number *(if known)* _____

First Name      Middle Name      Last Name

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.**    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.**    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

 

|  |  | **Total claim** |
|---|---|---|

**3.1**    **AC Equipment Representatives, Inc.**      Last 4 digits of account number _____      $    **970.12**

Nonpriority Creditor's Name

     **When was the debt incurred?** _____

**9360 Castlegate Dr.**

Number    Street      **As of the date you file, the claim is:** Check all that apply.

☑ Contingent

**Indianapolis**    **IN**    **46256**      ☐ Unliquidated

City    State    Zip Code      ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only      ☐ Student loans

☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only      ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ At least one of the debtors and another      ☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**      **Description:**

☑ No

☐ Yes      **Unpaid bills**

   **Note:**

**3.2**    **Airgas**      Last 4 digits of account number _____      $    **1,073.27**

Nonpriority Creditor's Name

     **When was the debt incurred?** _____

**259 N Randor Chester Rd**

Number    Street      **As of the date you file, the claim is:** Check all that apply.

☑ Contingent

**Wayne**    **PA**    **19087**      ☐ Unliquidated

City    State    Zip Code      ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only      ☐ Student loans

☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only      ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ At least one of the debtors and another      ☑ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**      **Description:**

☑ No

☐ Yes      **Unpaid bills**

   **Note:**

---

Debtor 1 **Brent** **Allen** **Romines** Case number *(if known)* _____

First Name | Middle Name | Last Name

---

**3.3** | **Allen County Building Department** | Last 4 digits of account number _____ | $ 40.00

Nonpriority Creditor's Name

When was the debt incurred? _____

**200 E Berry St.**
**Suite 108**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Fort Wayne** **IN** **46802**

City           State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

**3.4** | **Alliance Trading, Inc.** | Last 4 digits of account number _____ | $ 25,241.40

Nonpriority Creditor's Name

When was the debt incurred? _____

**6105 41st Street East**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Bradenton** **FL** **34203**

City           State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **business**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor 1     **Brent**          **Allen**          **Romines**          Case number *(if known)* _____

First Name    Middle Name    Last Name

---

**3.5**     **American Metals Supply**

Nonpriority Creditor's Name

**11337 Williamson Rd.**

Number     Street

**Cincinnati**          **OH**     **45241**

City          State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number _____          $          52,988.91

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     **business**

**Description:**

**Unpaid bills**

---

**3.6**     **Ayres Heating and Cooling**

Nonpriority Creditor's Name

**222 N Market St**

Number     Street

**Van Wert**          **OH**     **45891**

City          State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number _____          $          485.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     _____

**Description:**

**Unpaid bills**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1     **Brent          Allen          Romines**          Case number *(if known)* _____
              First Name      Middle Name    Last Name

---

| 3.7 |

**Bank of America**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**4909 Savarese Circle**
Number      Street

**Tampa          FL      33634**
City            State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **5066**          $          **19,080.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **business**

**Description:**

**Credit card**

**Note:**

---

| 3.8 |

**Bank of America**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**4909 Savarese Circle**
Number      Street

**Tampa          FL      33634**
City            State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     _____          $          **2,171.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Description:**

**Credit Card**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor 1    **Brent**         **Allen**          **Romines**          Case number *(if known)* _____
            First Name        Middle Name       Last Name

---

**3.9**    **BIM Services**                    Last 4 digits of account number _____    $          **1,600.00**
           Nonpriority Creditor's Name
                                               When was the debt incurred?  _____
           **7703 N Lamar Blvd**
           **Ste 615**
           Number      Street                  **As of the date you file, the claim is:** Check all that apply.
                                               ☒ Contingent
           **Austin**            **TX**    **78752**    ☐ Unliquidated
           City                  State   Zip Code      ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that
                                                   you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ At least one of the debtors and another       ☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**             **Description:**
☒ No                                            ┌─────────────────────────────────────┐
☐ Yes                                           │ **Unpaid bills**                    │
                                                │                                     │
                                                └─────────────────────────────────────┘
    **Note:**

---

**3.10**   **Brucker Company**                 Last 4 digits of account number _____    $        **318,355.60**
           Nonpriority Creditor's Name
                                               When was the debt incurred?  _____
           **1200 Greenleaf Ave**
           Number      Street                  **As of the date you file, the claim is:** Check all that apply.
                                               ☒ Contingent
           **Elk Grove Village  IL**    **60007**    ☐ Unliquidated
           City                  State   Zip Code      ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that
                                                   you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☒ At least one of the debtors and another       ☒ Other. Specify    **business**

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**             **Description:**
☒ No                                            ┌─────────────────────────────────────┐
☐ Yes                                           │ **Unpaid bills**                    │
                                                │                                     │
                                                └─────────────────────────────────────┘
    **Note:**

---

Official Form 106E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              page 8 of 39
Copyright © Financial Software Solutions, LLC                                          BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____

           First Name        Middle Name       Last Name

---

**3.11**    **Capital Hardware Supply Co., Inc.**

Nonpriority Creditor's Name

**10 Railroad Avenue**

Number     Street

**Closter**       **NJ**     **07624**

City          State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    $ _____ 749.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Unpaid bills**

    **Note:**

---

**3.12**    **Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**

Number     Street

**Salt Lake City**     **UT**    **84130**

City          State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    $ _____ 16.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Credit Card**

    **Note:**

---

Official Form 106E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         page 9 of 39

Copyright © Financial Software Solutions, LLC         BlueStylus

Debtor 1    **Brent**            **Allen**            **Romines**                    Case number *(if known)* _____
        First Name        Middle Name        Last Name

---

**3.13**    **Crane Industrial Service Co.**            Last 4 digits of account number  _____        $            600.00
Nonpriority Creditor's Name

    **11035 Anderson Rd**                    **When was the debt incurred?**    _____

    Number        Street

    **Granger**            **IN**        **46530**            **As of the date you file, the claim is:** Check all that apply.

    City                State    Zip Code            ☑ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                        ☐ Student loans

☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce that
    you did not report as priority claims

☐ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ At least one of the debtors and another        ☑ Other. Specify  _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**                **Description:**

☑ No                                **Unpaid bills**

☐ Yes

    **Note:**

---

**3.14**    **Custom Service Crane, Inc.**            Last 4 digits of account number  _____        $            893.80
Nonpriority Creditor's Name

    **639 County Rd 3000 N**                    **When was the debt incurred?**    _____

    Number        Street

    **Fisher**            **IL**        **61843**            **As of the date you file, the claim is:** Check all that apply.

    City                State    Zip Code            ☑ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only                        ☐ Student loans

☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce that
    you did not report as priority claims

☐ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ At least one of the debtors and another        ☑ Other. Specify  _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**                **Description:**

☑ No                                **Unpaid bills**

☐ Yes

    **Note:**

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                Case number *(if known)* _____
      First Name    Middle Name    Last Name

---

**3.15**   **Dan's Crane Service**            Last 4 digits of account number _____    $      1,295.00
      Nonpriority Creditor's Name

      **1752 Titus Road**            When was the debt incurred? _____
      Number    Street

      **Springfield**    **OH**   **45502**    **As of the date you file, the claim is:** Check all that apply.
      City    State   Zip Code    ☒ Contingent
                                               ☐ Unliquidated
      **Who incurred the debt?** Check one.    ☐ Disputed

      ☒ Debtor 1 only                **Type of NONPRIORITY unsecured claim:**

      ☐ Debtor 2 only                ☐ Student loans

      ☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

      ☒ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts

      ☐ **Check if this claim relates to a community debt**    ☒ Other. Specify _____

      **Is the claim subject to offset?**          **Description:**

      ☒ No                          **Unpaid bills**

      ☐ Yes

   **Note:**

---

**3.16**   **Doc's Crane & Rigging, Inc.**     Last 4 digits of account number _____    $      3,330.50
      Nonpriority Creditor's Name

      **6445 N Mayne Rd**          When was the debt incurred? _____
      Number    Street

      **Roanoke**    **IN**   **46783**    **As of the date you file, the claim is:** Check all that apply.
      City    State   Zip Code    ☒ Contingent
                                               ☐ Unliquidated
      **Who incurred the debt?** Check one.    ☐ Disputed

      ☒ Debtor 1 only                **Type of NONPRIORITY unsecured claim:**

      ☐ Debtor 2 only                ☐ Student loans

      ☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

      ☒ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts

      ☐ **Check if this claim relates to a community debt**    ☒ Other. Specify _____

      **Is the claim subject to offset?**          **Description:**

      ☒ No                          **Unpaid bills**

      ☐ Yes

   **Note:**

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Debtor 1     **Brent**          **Allen**         **Romines**          Case number *(if known)* _____
          First Name      Middle Name      Last Name

---

**3.17**     **Dodge Construction Network**          Last 4 digits of account number    **5143**          $          **385.00**
          Nonpriority Creditor's Name          When was the debt incurred?    _____

          **PO Box 23896**
          Number     Street          **As of the date you file, the claim is:** Check all that apply.
                              ☑ Contingent
                    **10087-3896**          ☐ Unliquidated
          City          State   Zip Code          ☐ Disputed

          **Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
          ☑ Debtor 1 only          ☐ Student loans
          ☐ Debtor 2 only          ☐ Obligations arising out of a separation agreement or divorce that
          ☐ Debtor 1 and Debtor 2 only          you did not report as priority claims
          ☑ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
                              ☑ Other. Specify _____
          ☐ **Check if this claim relates to a community debt**

          **Is the claim subject to offset?**          **Description:**
          ☑ No          **Past due invoice**
          ☐ Yes

     **Note:**

---

**3.18**     **Eastern Engineering Supply**          Last 4 digits of account number    _____          $          **2,014.45**
          Nonpriority Creditor's Name          When was the debt incurred?    _____

          **1239 N Wells St**
          Number     Street          **As of the date you file, the claim is:** Check all that apply.
                              ☑ Contingent
          **Fort Wayne**     **IN**     **46808**          ☐ Unliquidated
          City          State   Zip Code          ☐ Disputed

          **Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
          ☑ Debtor 1 only          ☐ Student loans
          ☐ Debtor 2 only          ☐ Obligations arising out of a separation agreement or divorce that
          ☐ Debtor 1 and Debtor 2 only          you did not report as priority claims
          ☑ At least one of the debtors and another          ☐ Debts to pension or profit-sharing plans, and other similar debts
                              ☑ Other. Specify _____
          ☐ **Check if this claim relates to a community debt**

          **Is the claim subject to offset?**          **Description:**
          ☑ No          **Unpaid bills**
          ☐ Yes

     **Note:**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1   **Brent**          **Allen**           **Romines**                    Case number *(if known)* _____
          First Name        Middle Name          Last Name

---

**3.19**  **Enviro-Aire Total Balance Company Inc.**

Nonpriority Creditor's Name

**28915 Harper Ave**

Number      Street

**Saint Clair Shores**        **MI**      **48081**

City                State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

**Last 4 digits of account number** _____      $          2,350.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Unpaid bills**

---

**3.20**  **FedEx**

Nonpriority Creditor's Name

**942 South Shady Grove Road**

Number      Street

**Memphis**        **TN**      **38120**

City                State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

**Last 4 digits of account number** _____      $             31.25

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Unpaid bills**

---

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

Debtor 1    **Brent**      **Allen**      **Romines**      Case number *(if known)* _____

First Name      Middle Name      Last Name

---

**3.21**    **Fehr Bros. Industries Inc.**

Nonpriority Creditor's Name

**895 Kings Hwy**

Number    Street

**Saugerties**      **NY**    **12477**

City      State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

**Last 4 digits of account number** _____      $     **7,922.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Unpaid bills**

---

**3.22**    **General Insulation Company, Inc.**

Nonpriority Creditor's Name

**Attn: Toni Houck**
**278 Mystic Ave.,**
**Suite 209**

Number    Street

**Medford**      **MA**    **02155**

City      State    Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

**Last 4 digits of account number** _____      $     **3,279.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Past due invoices**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1   **Brent**        **Allen**        **Romines**        Case number *(if known)* _____
            First Name       Middle Name      Last Name

---

**3.23**   **Hahn Systems**
           Nonpriority Creditor's Name

           **7147 Ricker Road**
           Number       Street

           **New Haven**        **IN**    **46774**
           City                 State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      $        2,595.62

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Past due invoices**

**Note:**

---

**3.24**   **Havel Inc.**
           Nonpriority Creditor's Name

           **7525 Disalle Blvd**
           Number       Street

           **Fort Wayne**        **IN**    **46825**
           City                  State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____      $        1,987.65

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1      **Brent          Allen          Romines**                    Case number *(if known)* _____
      First Name      Middle Name      Last Name

---

**3.25** | **Heavy Equipment Services** | **Last 4 digits of account number** _____ | $      **1,688.65**

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**PO box 6347**

Number     Street

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☐ Unliquidated

**Siloam Springs      AR      72761**

City      State    Zip Code
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

**3.26** | **Ideal Insulation Inc.** | **Last 4 digits of account number** _____ | $      **15,693.00**

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**549 E 700 North**

Number     Street

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☐ Unliquidated

**Franklin          IN      46131**

City      State    Zip Code
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **business**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1   **Brent**         **Allen**          **Romines**                    Case number *(if known)* _____
    First Name       Middle Name     Last Name

---

**3.27** | **Indiana Concrete Sawing & Drilling, Inc.**
Nonpriority Creditor's Name

**1102 S Indiana Ave**
Number    Street

**Auburn**      **IN**    **46706**
City      State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $     333.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Unpaid bills**

**Note:**

---

**3.28** | **Indiana Thermal Solutions, LLC**
Nonpriority Creditor's Name

**6872 Hillsdale Ct**
Number    Street

**Indianapolis**    **IN**    **46250**
City      State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $     5,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1   **Brent**　　　　**Allen**　　　　**Romines**　　　　Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

---

**3.29**　**KHM Supply Company**　　　　　**Last 4 digits of account number** _____　$　　382.74
　　　Nonpriority Creditor's Name
　　　　　　　　　　　　　　　　　　　　　　**When was the debt incurred?** _____
　**1720 Spruce St**
　　Number　　Street　　　　　　　　　　**As of the date you file, the claim is:** Check all that apply.
　　　　　　　　　　　　　　　　　　　　　☑ Contingent
　**Defiance**　　　**OH**　　**43512**　　☐ Unliquidated
　　City　　　　State　　Zip Code　　　　☐ Disputed

**Who incurred the debt?** Check one.　　　**Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only　　　　　　　　　　　　☐ Student loans
☐ Debtor 2 only　　　　　　　　　　　　☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only　　　　　　　you did not report as priority claims
☑ At least one of the debtors and another　☐ Debts to pension or profit-sharing plans, and other similar debts
　　　　　　　　　　　　　　　　　　　　☑ Other. Specify _____
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**　　　　**Description:**
☑ No
☐ Yes　　　　　　　　　　　　　　　　**Unpaid bills**

　**Note:**

---

**3.30**　**Lane Steel Co., Inc.**　　　　　**Last 4 digits of account number** _____　$　28,950.05
　　　Nonpriority Creditor's Name
　　　　　　　　　　　　　　　　　　　　　　**When was the debt incurred?** _____
　**4 River Road**
　　Number　　Street　　　　　　　　　　**As of the date you file, the claim is:** Check all that apply.
　　　　　　　　　　　　　　　　　　　　　☑ Contingent
　**Mc Kees Rocks**　**PA**　**15136**　　☐ Unliquidated
　　City　　　　State　　Zip Code　　　　☐ Disputed

**Who incurred the debt?** Check one.　　　**Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only　　　　　　　　　　　　☐ Student loans
☐ Debtor 2 only　　　　　　　　　　　　☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only　　　　　　　you did not report as priority claims
☑ At least one of the debtors and another　☐ Debts to pension or profit-sharing plans, and other similar debts
　　　　　　　　　　　　　　　　　　　　☑ Other. Specify　**business**
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**　　　　**Description:**
☑ No
☐ Yes　　　　　　　　　　　　　　　　**Past due invoices**

　**Note:**

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
    First Name       Middle Name      Last Name

---

**3.31**   **Langendorf Supply Co.**
Nonpriority Creditor's Name

**7951 Zionsville Rd**
Number    Street

**Indianapolis**    **IN**    **46268**
City       State   Zip Code

Last 4 digits of account number _____     $ 232,918.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **business**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

> **Unpaid bills**

**Note:**

---

**3.32**   **Lennox Industries**
Nonpriority Creditor's Name

**2140 Lake Park Blvd.**
Number    Street

**Richardson**    **TX**    **75080**
City       State   Zip Code

Last 4 digits of account number _____     $ 945.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

> **Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                     BlueStylus

Debtor 1 **Brent** **Allen** **Romines** Case number *(if known)* _____

First Name      Middle Name      Last Name

---

**3.33**

**Linde Gas LLC**
Nonpriority Creditor's Name

**10 Riverview Drive**
Number      Street

**Danbury**      **CT**   **06810**
City             State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

Last 4 digits of account number _____   $      2,114.06

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Unpaid bills**

---

**3.34**

**MacAllister Machinery Company Inc.**
Nonpriority Creditor's Name

**2500 Coliseum Blvd W**
Number      Street

**Fort Wayne**      **IN**   **46808**
City             State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

Last 4 digits of account number _____   $      8,664.92

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Unpaid bills**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1     **Brent**             **Allen**             **Romines**          Case number *(if known)* _____
　　　　　　　First Name　　　　　Middle Name　　　　Last Name

---

| 3.35 | **Maysville Regional Water-Sewer** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____         $ 　　　　　 **200.00**

**When was the debt incurred?** _____

**18633 IN-37**
Number　　　Street

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Harlan**　　　　**IN**　　**46743**
City　　　　　　State　　Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Unpaid utility bills**

**Note:**

---

| 3.36 | **McMaster-Carr Supply Co.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____         $ 　　　　　 **260.65**

**When was the debt incurred?** _____

**P.O. Box 4355**
Number　　　Street

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**　　　　**IL**　　**60680-4355**
City　　　　　　State　　Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                                                        BlueStylus

Debtor 1 **Brent** **Allen** **Romines**          Case number *(if known)* _____

First Name          Middle Name          Last Name

---

**3.37**

**Menards**
Nonpriority Creditor's Name

**5105 Menards Drive**
Number      Street

**Eau Claire**          **WI**     **54703**
City          State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number      **6017**                    $          **19,008.00**

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify      **business**

**Description:**

**Credit card**

---

**3.38**

**Midwest Pipe & Steel, Inc.**
Nonpriority Creditor's Name

**323 E Berry St.**
Number      Street

**Fort Wayne**          **IN**     **46802**
City          State   Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number      _____          $          **446.00**

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify      _____

**Description:**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
    First Name       Middle Name      Last Name

---

**3.39** | **Millennia Stainless Inc.**
Nonpriority Creditor's Name

**10016 Romandel Ave**
Number    Street

**Santa Fe Springs  CA     90670**
City        State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____     $ _____ **14,066.56**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **business**

**Description:**

**Past due invoices**

---

**3.40** | **Mobile Mini**
Nonpriority Creditor's Name

**4646 E. Van Buren Street
Suite 400**
Number    Street

**Phoenix            AZ     85008**
City        State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____     $ _____ **3,279.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

**Description:**

**Unpaid bills**

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor 1   **Brent**      **Allen**      **Romines**     Case number *(if known)* _____
     First Name      Middle Name      Last Name

---

**3.41**   **Mobile Onsite Repair LLC**          Last 4 digits of account number _____      $          1,822.17
Nonpriority Creditor's Name

**dba Heavy Service Equipment**          When was the debt incurred?   **4/2024 through 8/5/2024**
**3382 CR 52**
Number      Street

**Auburn**          **IN**      **46706**      As of the date you file, the claim is: Check all that apply.
City          State   Zip Code          ☑ Contingent
                    ☐ Unliquidated
                    ☐ Disputed

**Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                    ☐ Student loans
☐ Debtor 2 only                    ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only          you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                    ☑ Other. Specify _____
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**          **Description:**
☑ No
☐ Yes          **Past due invoices**

**Note:**

---

**3.42**   **National Test & Balance**          Last 4 digits of account number _____      $          3,800.00
Nonpriority Creditor's Name

**3020 S Meridian St**          When was the debt incurred?   _____
**#B**
Number      Street

**Indianapolis**      **IN**      **46217**      As of the date you file, the claim is: Check all that apply.
City          State   Zip Code          ☑ Contingent
                    ☐ Unliquidated
                    ☐ Disputed

**Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                    ☐ Student loans
☐ Debtor 2 only                    ☐ Obligations arising out of a separation agreement or divorce that
☐ Debtor 1 and Debtor 2 only          you did not report as priority claims
☑ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
                    ☑ Other. Specify _____
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**          **Description:**
☑ No
☐ Yes          **Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1    **Brent**          **Allen**           **Romines**                    Case number *(if known)* _____
      First Name      Middle Name       Last Name

---

| 3.43 | **Nicely Done Mechanical LLC** | Last 4 digits of account number _____ | $ 709.05 |

Nonpriority Creditor's Name

**6233 Belle Isle Ln**

Number      Street

When was the debt incurred? _____

**Fort Wayne          IN      46835**

City              State    Zip Code

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

| 3.44 | **O'Reilly Automotive, Inc.** | Last 4 digits of account number _____ | $ 1,801.13 |

Nonpriority Creditor's Name

**233 South Patterson Avenue**

Number      Street

When was the debt incurred? _____

**Springfield          MO      65802-2298**

City              State    Zip Code

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC                                                                  BlueStylus

Debtor 1    **Brent**         **Allen**          **Romines**              Case number *(if known)* _____
            First Name       Middle Name        Last Name

---

**3.45**    **Pawnee Leasing Corp**            Last 4 digits of account number _____         $         40,135.15
            Nonpriority Creditor's Name

            **3801 Automation Way**            When was the debt incurred?    _____
            Number      Street
                                               As of the date you file, the claim is: Check all that apply.
            **Fort Collins**      **CO**   **80525**    ☒ Contingent
            City                State   Zip Code        ☐ Unliquidated
                                               ☐ Disputed

            **Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
            ☒ Debtor 1 only                    ☐ Student loans
                                               ☐ Obligations arising out of a separation agreement or divorce that
            ☐ Debtor 2 only                       you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only       ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☐ At least one of the debtors and another    ☒ Other. Specify    **business**

            ☐ Check if this claim relates to a community debt

            **Is the claim subject to offset?**         **Description:**
            ☒ No
            ☐ Yes

    **Note:**

---

**3.46**    **Performance Service, Inc.**      Last 4 digits of account number _____         $          Unknown
            Nonpriority Creditor's Name

            **4670 Haven Point Boulevard**     When was the debt incurred?    _____
            Number      Street
                                               As of the date you file, the claim is: Check all that apply.
            **Indianapolis**      **IN**   **46280**    ☒ Contingent
            City                State   Zip Code        ☐ Unliquidated
                                               ☐ Disputed

            **Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
            ☒ Debtor 1 only                    ☐ Student loans
                                               ☐ Obligations arising out of a separation agreement or divorce that
            ☐ Debtor 2 only                       you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only       ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☒ At least one of the debtors and another    ☒ Other. Specify    _____

            ☐ Check if this claim relates to a community debt

            **Is the claim subject to offset?**         **Description:**
            ☒ No
            ☐ Yes

    **Note:**

---

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 26 of 39
Copyright © Financial Software Solutions, LLC                                     BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
      First Name     Middle Name     Last Name

---

| 3.47 | **Phases & Stages, LLC** | |
|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____        $          1,500.00

**When was the debt incurred?**    2022

**14031 Raynham Rd.,**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fort Wayne**          **IN**      **46814**
City        State   Zip Code

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Unpaid rent**

**Note:**

---

| 3.48 | **Plumbers Supply Co** | |
|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____        $          164,398.62

**When was the debt incurred?** _____

**533 Keystone Dr.**
Number    Street

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fort Wayne**          **IN**      **46825**
City        State   Zip Code

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **business**

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Unpaid bills**

**Note:**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____

First Name        Middle Name        Last Name

---

**3.49**   **PNC Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**PO Box 489909**

Number     Street

**Charlotte**          **NC**     **28269-5329**

City               State  Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number  _____        $            44,256.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **business**

**Description:**

**Credit Card**

---

**3.50**   **PNC Financial**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**300 Fifth Ave**

Number     Street

**Pittsburgh**          **PA**     **15222**

City               State  Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Note:**

Last 4 digits of account number   **6065**              $               170.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

**Description:**

**Credit Card**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**              Case number *(if known)* _____

          First Name         Middle Name       Last Name

---

**3.51**

**PNC Mortgage**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**8177 Washington Church Rd**
Number     Street

**Dayton**       **OH**   **45458**
City           State  Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Last 4 digits of account number | _____ | $ | 46,276.00 |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Description:**

**11927 Water St. Harlan, IN 46743**

**Note:**

---

**3.52**

**Pro Fit HVAC, LLC**
Nonpriority Creditor's Name

**15713 State Route 116**
Number     Street

**Saint Marys**   **OH**  **45885-9271**
City           State  Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Last 4 digits of account number | _____ | $ | 297,848.06 |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **business**

**Description:**

**Note:**

---

Copyright © Financial Software Solutions, LLC       BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                Case number *(if known)* _____
　　　　　　First Name　　　　Middle Name　　　Last Name

---

**3.53**    **Product Design & Piping Inc.**
　　　　Nonpriority Creditor's Name

　　　**3615 Transportation Drive**
　　　Number　　　Street

　　　**Fort Wayne**　　　**IN**　　**46818**
　　　City　　　　　　　State　　Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____    $ _____**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

---

**3.54**    **PSC Crane & Rigging**
　　　　Nonpriority Creditor's Name

　　　**4243 US-36**
　　　Number　　　Street

　　　**Piqua**　　　**OH**　　**45356**
　　　City　　　　　State　　Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____    $ _____**8,065.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

**Unpaid bills**

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                  Case number *(if known)* _____
             First Name          Middle Name          Last Name

---

**3.55**    **Republic Abrasives**                    **Last 4 digits of account number** _____          $          **2,231.82**
            Nonpriority Creditor's Name
                                                       **When was the debt incurred?** _____

            **10221 Sweet Valley Dr**
            Number      Street                          **As of the date you file, the claim is:** Check all that apply.
                                                        ☑ Contingent
            **Cleveland**        **OH**    **44125**    ☐ Unliquidated
            City                State   Zip Code        ☐ Disputed

            **Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
            ☑ Debtor 1 only                              ☐ Student loans
            ☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce that
                                                            you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☑ At least one of the debtors and another   ☑ Other. Specify _____

            ☐ Check if this claim relates to a community debt

            **Is the claim subject to offset?**         **Description:**
            ☑ No                                         ┌─────────────────────────────────┐
            ☐ Yes                                        │ **Unpaid bills**                 │
                                                         │                                 │
                                                         └─────────────────────────────────┘
        **Note:**

---

**3.56**    **Ro-Mech Mechanical Inc.**                **Last 4 digits of account number** _____          $          **Unknown**
            Nonpriority Creditor's Name
                                                       **When was the debt incurred?** _____
            **228 E Collins Rd**
            **Unit D**
            Number      Street                          **As of the date you file, the claim is:** Check all that apply.
                                                        ☑ Contingent
            **Fort Wayne**        **IN**    **46825**   ☐ Unliquidated
            City                State   Zip Code        ☐ Disputed

            **Who incurred the debt?** Check one.        **Type of NONPRIORITY unsecured claim:**
            ☑ Debtor 1 only                              ☐ Student loans
            ☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce that
                                                            you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☑ At least one of the debtors and another   ☑ Other. Specify  **business**

            ☐ Check if this claim relates to a community debt

            **Is the claim subject to offset?**         **Description:**
            ☑ No                                         ┌─────────────────────────────────┐
            ☐ Yes                                        │                                 │
                                                         │                                 │
                                                         └─────────────────────────────────┘
        **Note:**

---

Official Form 106E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 31 of 39
Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor 1    **Brent**          **Allen**              **Romines**                    Case number *(if known)*  _____
             First Name       Middle Name       Last Name

---

| 3.57 | **Shambaugh & Son, L.P.** | Last 4 digits of account number _____ | $ **Unknown** |

Nonpriority Creditor's Name

**7614 Opportunity Dr**

Number       Street

When was the debt incurred?  _____

**Fort Wayne**          **IN**      **46825**

City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

**Is the claim subject to offset?**

☒ No

☐ Yes

**Description:**

> **Notice purposes**

**Note:**

---

| 3.58 | **Sunbelt Rentals Inc** | Last 4 digits of account number _____ | $ **7,274.40** |

Nonpriority Creditor's Name

**2525 W Coliseum Blvd**

Number       Street

When was the debt incurred?  _____

**Fort Wayne**          **IN**      **46808**

City                State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify _____

**Is the claim subject to offset?**

☒ No

☐ Yes

**Description:**

**Note:**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor 1    **Brent**      **Allen**      **Romines**      Case number *(if known)* _____

    First Name       Middle Name       Last Name

---

**3.59** | **Temperature Equipment Corporation**
Nonpriority Creditor's Name

**8500 North Creek Drive**
Number     Street

**Tinley Park**     **IL**     **60477**
City           State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____    $     **19,791.80**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **business**

**Description:**

> **Past due invoices**

---

**3.60** | **The Bostwick-Braun Company**
Nonpriority Creditor's Name

**7349 Crossleigh Ct**
Number     Street

**Toledo**     **OH**     **43617**
City           State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

**Last 4 digits of account number** _____    $     **3,465.15**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

> **Past due invoices**

---

Case 26-31271-pes   Doc 1   Filed 08/13/26   Page 69 of 116

Debtor 1    **Brent          Allen          Romines**              Case number *(if known)* _____
            First Name       Middle Name    Last Name

---

**3.61**    **United Rentals**                          **Last 4 digits of account number** _____        $          **1,149.41**
            Nonpriority Creditor's Name
                                                        **When was the debt incurred?** _____
            **5517 Distribution Dr**
            Number      Street                          **As of the date you file, the claim is:** Check all that apply.
                                                        ☑ Contingent
            **Fort Wayne       IN    46825**            ☐ Unliquidated
            City             State   Zip Code           ☐ Disputed

            **Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
            ☑ Debtor 1 only                             ☐ Student loans
            ☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce that
                                                           you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☑ At least one of the debtors and another   ☑ Other. Specify _____

            ☐ **Check if this claim relates to a community debt**

            **Is the claim subject to offset?**         **Description:**
            ☑ No                                         **Unpaid bills**
            ☐ Yes

        **Note:**

---

**3.62**    **United States Small Business**            **Last 4 digits of account number** _____        $       **1,858,226.00**
            **Administration**
            Nonpriority Creditor's Name                 **When was the debt incurred?** _____

            **District Director**
            **5726 Professional Circle**
            **Suite 100**
            Number      Street                          **As of the date you file, the claim is:** Check all that apply.
                                                        ☑ Contingent
            **Indianapolis      IN    46241**           ☐ Unliquidated
            City             State   Zip Code           ☐ Disputed

            **Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
            ☑ Debtor 1 only                             ☐ Student loans
            ☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce that
                                                           you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☑ At least one of the debtors and another   ☑ Other. Specify  **Loan guaranty**

            ☐ **Check if this claim relates to a community debt**

            **Is the claim subject to offset?**         **Description:**
            ☑ No                                         **Business loan/guaranty**
            ☐ Yes

        **Note:**

---

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 34 of 39

Copyright © Financial Software Solutions, LLC                                                  BlueStylus

Debtor 1    **Brent**         **Allen**         **Romines**                Case number *(if known)* _____
             First Name       Middle Name       Last Name

---

**3.63**    **US Bank**                                    Last 4 digits of account number    **8552**              $            **10,998.00**
            Nonpriority Creditor's Name
                                                           **When was the debt incurred?** _____
            **CB Disputes**
            Number      Street                             **As of the date you file, the claim is:** Check all that apply.
                                                           ☑ Contingent
            **Saint Louis**        **MO**    **63166**     ☐ Unliquidated
            City                   State   Zip Code        ☐ Disputed

            **Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
            ☑ Debtor 1 only                                ☐ Student loans
                                                           ☐ Obligations arising out of a separation agreement or divorce that
            ☐ Debtor 2 only                                   you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only                  ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☑ At least one of the debtors and another     ☑ Other. Specify _____

            ☐ **Check if this claim relates to a community debt**

            **Is the claim subject to offset?**            **Description:**
            ☑ No                                            ┌─────────────────────────────────────┐
            ☐ Yes                                           │ **Credit card**                     │
                                                            │                                     │
                                                            └─────────────────────────────────────┘
        **Note:**

**3.64**    **Ventfabrics, Inc.**                          Last 4 digits of account number    _____    $             **4,175.00**
            Nonpriority Creditor's Name
                                                           **When was the debt incurred?** _____
            **5520 North Lynch**
            Number      Street                             **As of the date you file, the claim is:** Check all that apply.
                                                           ☑ Contingent
            **Chicago**            **IL**    **60630**     ☐ Unliquidated
            City                   State   Zip Code        ☐ Disputed

            **Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
            ☑ Debtor 1 only                                ☐ Student loans
                                                           ☐ Obligations arising out of a separation agreement or divorce that
            ☐ Debtor 2 only                                   you did not report as priority claims
            ☐ Debtor 1 and Debtor 2 only                  ☐ Debts to pension or profit-sharing plans, and other similar debts
            ☑ At least one of the debtors and another     ☑ Other. Specify _____

            ☐ **Check if this claim relates to a community debt**

            **Is the claim subject to offset?**            **Description:**
            ☑ No                                            ┌─────────────────────────────────────┐
            ☐ Yes                                           │ **Past due invoices**               │
                                                            │                                     │
                                                            └─────────────────────────────────────┘
        **Note:**

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor 1    **Brent**              **Allen**              **Romines**                    Case number *(if known)* _____
       First Name       Middle Name       Last Name

---

**3.65**    **Wayne Pipe & Supply Inc**
Nonpriority Creditor's Name

**6040 Innovation Blvd**
Number     Street

**Fort Wayne**    **IN**    **46818**
City         State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

Last 4 digits of account number _____      $            1,353.99

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

| Past due invoices |
|---|

---

**3.66**    **Wells Fargo**
Nonpriority Creditor's Name

**420 Montgomery Street**
Number     Street

**San Francisco**   **CA**   **94104**
City         State   Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Note:**

Last 4 digits of account number    9431            $          12,300.61

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Description:**

| Credit card |
|---|

---

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1 **Brent**　　**Allen**　　**Romines**　　　　Case number *(if known)* _____

First Name　　　Middle Name　　Last Name

---

| 3.67 | **Wyse Crane Service** | Last 4 digits of account number _____ | $ 1,175.00 |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**5633 Co Rd 25**

Number　　Street

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

**Archbold**　　**OH**　　**43502**　　☐ Unliquidated

City　　　State　Zip Code　　☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify _____

**Description:**

**Unpaid bills**

**Note:**

---

| Part 3: | **List Others to Be Notified for a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Biehl & Biehl, Inc.**

Name

**325 East Fullerton Ave**

Number　　Street

**Carol Stream**　　**IL**　　**60188**

City　　　State　Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line **3.59** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

**Burt and Associates**

Name

**Attn: Jessica Miller  801 E Campbell Rd Ste 165**

Number　　Street

**Richardson**　　**TX**　　**75081-6759**

City　　　State　Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line **3.48** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

**Capital One Trade Credit**

Name

**PO Box 60506**

Number　　Street

**City of Industry**　　**CA**　　**91716-0506**

City　　　State　Zip Code

**On which line in Part 1 or Part 2 did you enter the creditor?**

Line **3.37** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** **6017** _____

---

Copyright © Financial Software Solutions, LLC　　　　BlueStylus

Debtor 1   **Brent**          **Allen**           **Romines**                    Case number *(if known)* _____
　　　　　　First Name　　　Middle Name　　　Last Name

**Drewry Simmons Vornehm, LLP**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**Attn: Patrick A. Drewry 736 Hanover Place Suite 200**
Number　　　Street

Line　**3.46**　of (*Check one*):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Carmel**　　　　　**IN**　　**46032**
City　　　　　　　State　　Zip Code

**Last 4 digits of account number** _____

---

**Granite RE, Inc.**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**Attn: Surety Claims Department 14001 Quailbrook Drive**
Number　　　Street

Line　**3.46**　of (*Check one*):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Oklahoma City**　　**OK**　　**73134**
City　　　　　　　State　　Zip Code

**Last 4 digits of account number** _____

---

**Law Offices of Richard T. Avis**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**P.O. Box 735633**
Number　　　Street

Line　**3.64**　of (*Check one*):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Chicago**　　　　**IL**　　**60673-5633**
City　　　　　　　State　　Zip Code

**Last 4 digits of account number** _____

---

**Office of the United States Attorney**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**Attn: Civil Division 5400 Federal Plaza Suite 1500**
Number　　　Street

Line　**3.62**　of (*Check one*):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Hammond**　　　　**IN**　　**46320**
City　　　　　　　State　　Zip Code

**Last 4 digits of account number** _____

---

**The LaSource Group**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**8711 E Pinnacle Peak Rd 309**
Number　　　Street

Line　**3.58**　of (*Check one*):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Scottsdale**　　　**AZ**　　**85255**
City　　　　　　　State　　Zip Code

**Last 4 digits of account number** _____

---

**Jeremy J. Grogg, Esq.**
Name

**On which line in Part 1 or Part 2 did you enter the creditor?**

**200 E. Main Street Suite 1000**
Number　　　Street

Line　**3.65**　of (*Check one*):　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　　　☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Fort Wayne**　　　**IN**　　**46802**
City　　　　　　　State　　Zip Code

**Last 4 digits of account number** _____

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Debtor 1    **Brent**              **Allen**              **Romines**                              Case number *(if known)* _____
                First Name              Middle Name              Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 45,594.40 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 45,594.40 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 3,270,552.56 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 3,270,552.56 |

Copyright © Financial Software Solutions, LLC                                                                                  BlueStylus

**Fill in this information to identify your case:**

Debtor 1   **Brent**          **Allen**          **Romines**
           First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name        Last Name

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number (*If known*):

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**Fill in this information to identify your case:**

Debtor 1  **Brent**          **Allen**          **Romines**
          First Name          Middle Name          Last Name

Debtor 2
          First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                    **12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☑ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☑ No. Go to line 3.
        ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number          Street

    _____
    City                          State    Zip Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |

**3.1**  **BA Romines Sheetmetal, Inc.**
        Name

        ☐ Schedule D, line _____
                                **3.51, 3.38,**
                                **3.53, 3.56,**
        ☑ Schedule E/F, line  **3.57, 3.62**
        ☐ Schedule G, line _____

**11827 Hood St**
Number        Street

**Harlan**              **IN**        **46743**
City                  State      Zip Code

Debtor 1   **Brent**              **Allen**              **Romines**              Case number *(if known)* _____

First Name              Middle Name              Last Name

| 3.2 | **Romines Investments, LLC** |
| | Name |

☐ Schedule D, line  _____
☒ Schedule E/F, line  **3.51**  _____
☐ Schedule G, line  _____

**11833 Hood Street**

Number        Street

**Harlan**                    **IN**        **46743**

City                            State        Zip Code

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

**Fill in this information to identify your case:**

Debtor 1       **Brent**              **Allen**              **Romines**
               First Name             Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name           Last Name

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number
(*If known*):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM/DD/YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---------|---------------------|

1. **Fill in your employment Information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not employed | ☐ Employed  ☑ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | Number  Street<br>City    State  Zip Code | Number  Street<br>City    State  Zip Code |
| **How long employed there?** | | |

Copyright © Financial Software Solutions, LLC                 BlueStylus

Debtor 1 **Brent** **Allen** **Romines**
First Name / Middle Name / Last Name

Case number *(if known)* _____

---

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |
| | Copy line 4 here ➔ | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received.** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 2,410.00 | $ 2,820.00 |

Official Form 106I                    **Schedule I: Your Income**                    page 2 of 3

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor 1    **Brent**            **Allen**            **Romines**                          Case number *(if known)* _____

     First Name       Middle Name      Last Name

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.   $ **0.00**    $ **0.00**

8g. **Pension or retirement income**    8g.   $ **0.00**    $ **510.00**

8h. **Other monthly income.** Specify: _____    8h. **+** $ **0.00**   **+** $ **0.00**

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $ **2,410.00**    $ **3,330.00**

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ **2,410.00** **+** $ **3,330.00** **=** $ **5,740.00**

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. **+** $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ **5,740.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:   **Debtor anticipates receiving income from consulting or employment with in the next year.**

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

| Debtor 1 | **Brent** | **Allen** | **Romines** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number
(*If known*):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM/DD/YYYY

# Official Form 106J

# Schedule J: Your Expenses                                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**          ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent…………………

   Do not state the dependents' names.

   | | **Dependent's relationship to Debtor 1 or Debtor 2** | **Dependent's age** | **Does dependent live with you?** |
   |---|---|---|---|

3. **Do you have expenses include expenses of people other than yourself and your dependents?**          ☒ No   ☐ Yes

Debtor 1   **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
    First Name        Middle Name        Last Name

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---------|----------------------------------------|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ **0.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ **220.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ **100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | $ **12.50** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ **0.00** |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ **200.00** |
| 6b. | Water, sewer, garbage collection | 6b. | $ **100.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **305.00** |
| 6d. | Other. Specify: _____ | 6d. | $ **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ **650.00** |
| 8. | **Childcare and children's education costs** | 8. | $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ **100.00** |
| 10. | **Personal care products and services** | 10. | $ **100.00** |
| 11. | **Medical and dental expenses** | 11. | $ **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ **600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ **400.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ **200.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ **226.00** |
| 15b. | Health insurance | 15b. | $ **500.00** |
| 15c. | Vehicle insurance | 15c. | $ **166.00** |
| 15d. | Other insurance. Specify: **Boat insurance** | 15d. | $ **50.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ **0.00** |

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____

First Name        Middle Name        Last Name

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1      17a.   $_____ **734.00**

   17b  Car payments for Vehicle 2      17b.   $_____ **0.00**

   17c. Other. Specify: **Pontoon boat**      17c.   $_____ **703.00**

   17d. Other. Specify: _____      17d.   $_____ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.   $_____ **0.00**

19. **Other payments you make to support others who do not live with you.**

   Specify: **0** _____      19.   $_____ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

   20a. Mortgages on other property      20a.   $_____ **0.00**

   20b. Real estate taxes      20b.   $_____ **113.00**

   20c. Property, homeowner's or renter's insurance      20c.   $_____ **0.00**

   20d. Maintenance, repair, and upkeep expenses      20d.   $_____ **0.00**

   20e. Homeowner's association or condominium dues      20e.   $_____ **0.00**

21. **Other.** Specify: _____      21.   **+**   $_____ **0.00**

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.      22a.   $_____ **5,579.50**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b.   $_____ **0.00**

   22c. Add line 22a and 22b. The result is your monthly expenses.      22c.   $_____ **5,579.50**

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*      23a.   $_____ **5,740.00**

   23b. Copy your monthly expenses from line 22c above.      23b.   **−**   $_____ **5,579.50**

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income*.      23c.   $_____ **160.50**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.

   ☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brent** | **Allen** | **Romines** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number
(*If known*):

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Part 1: | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ **/s/ Brent  Allen Romines**                          ✘ _____
Signature of Debtor 1                                        Signature of Debtor 2

Date   **8/13/2026**                                        Date   _____
        MM/DD/YYYY                                                  MM/DD/YYYY

Copyright © Financial Software Solutions, LLC                                        BlueStylus

**Fill in this information to identify your case:**

Debtor 1      __Brent__                    __Allen__                    __Romines__
              First Name                   Middle Name                  Last Name

Debtor 2
(Spouse, if filing)  First Name            Middle Name                  Last Name

United States Bankruptcy Court for the: __Northern District of Indiana__

Case number (*If known*): _____

☐ Check if this is an amended filing

---

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy      **04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No.
   ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **732 S. Roussey Rd.**<br>Number        Street | From **1/1/1999**<br>To **1/1/2022** | _____<br>Number        Street | From _____<br>To _____ |
| **New Haven        IN        46774**<br>City        State        ZIP Code | | _____<br>City        State        ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No.
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   ☐ No.
   ☒ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor 1 | **Brent** | **Allen** | **Romines** | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | ☐ Wages, commissions, bonuses, tips | $ _____ | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | | ☐ Operating a business | | ☐ Operating a business | |

| **For last calendar year:** (January 1 to December 31, 2025) | ☑ Wages, commissions, bonuses, tips | $ **47,745.00** | ☐ Wages, commissions, bonuses, tips | $ **0.00** |
|---|---|---|---|---|
| | ☐ Operating a business | | ☐ Operating a business | |

| **For the calendar year before that:** (January 1 to December 31, 2024) | ☑ Wages, commissions, bonuses, tips | $ **151,414.00** | ☐ Wages, commissions, bonuses, tips | $ **0.00** |
|---|---|---|---|---|
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No.
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security** | $ **16,870.00** | | $ _____ |
| | | $ _____ | | $ _____ |
| | | $ _____ | | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2025) | **Social Security** | $ **11,725.00** | | $ _____ |
| | | $ _____ | | $ _____ |
| | | $ _____ | | $ _____ |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts**. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor 1 | **Brent** | **Allen** | **Romines** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| Creditor's Name | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $          0.00 | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
First Name      Middle Name        Last Name

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Pawnee Leasing Corporation v. Brent Romines** | **PL - Civil Plenary** | **Allen Superior Court** <br> Court Name <br><br> **715 Calhoun St** <br> Number        Street <br><br> **Fort Wayne**     **IN**   **46802** <br> City        State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **02D02-2505-PL-000209** | | | |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Centier Bank v. Romines Investments, LLC, BA Romines Sheetmetal, Inc., Brent A. Romines et al** | **MF - Mortgage Foreclosure** | **Allen Superior Court** <br> Court Name <br><br> **715 S. Calhoun St** <br> Number        Street <br><br> **Fort Wayne**     **IN**   **46802** <br> City        State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number **02D03-2502-MF-000067** | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 4 of 15

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor 1    **Brent**        **Allen**        **Romines**                    Case number *(if known)* _____
_____
First Name    Middle Name    Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Case title **First Federal Savings Bank v. Brent Romines, US Small Business Administration, BA Romines Sheet Metal Inc**

Nature of the case: **PL - Civil Plenary**

Case number **02D03-2408-PL-000376**

Court or agency:
**Allen Superior Court**
Court Name

**715 S. Calhoun St**
Number            Street

**Fort Wayne**        **IN**    **46802**
City            State    ZIP Code

Status of the case:
☐ Pending
☐ On appeal
☒ Concluded

---

Case title **American Metals Supply Co Inc v. BA Romines SheetMetal Supply Co Inc, Brent Romines**

Nature of the case: **CT - Civil Tort**

Case number **02D03-2407-CT-000458**

Court or agency:
**Allen Superior Court**
Court Name

**715 S. Calhoun St**
Number            Street

**Fort Wayne**        **IN**    **46802**
City            State    ZIP Code

Status of the case:
☐ Pending
☐ On appeal
☒ Concluded

---

Case title **Brent A. Romines and Linda K. Romines v. Centier Bank**

Nature of the case: **MF - Mortgage Foreclosure, Appeal**

Case number **26A-MF-00892**

Court or agency:
**Court of Appeals**
Court Name

Number            Street

City            State    ZIP Code

Status of the case:
☒ Pending
☐ On appeal
☐ Concluded

---

Copyright © Financial Software Solutions, LLC                                BlueStylus

Debtor 1 **Brent**  **Allen**  **Romines**  Case number *(if known)* _____
First Name  Middle Name  Last Name

| Nature of the case | Court or agency | Status of the case |
|---|---|---|
| **PL - Civil Plenary** | | ☐ Pending |
| | | ☐ On appeal |
| | | ☑ Concluded |

**Centier Bank v. Brent A. Romines, Linda K. Romines, Austin Romines et al**
Case title

**Allen Superior Court**
Court Name

**02D01-2602-PL-000054**
Case number

**715 S. Calhoun St**
Number  Street

**Fort Wayne**  **IN**  **46802**
City  State  ZIP Code

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| **First Federal Savings Bank**<br>Creditor's Name | **2011 Ford F-150** | **9/1/2024** | **$ 6,000.00** |

**648 N Jefferson Street**
Number  Street

**Huntington**  **IN**  **46750**
City  State  ZIP Code

**Explain what Happened**

☑ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No.
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |

Number  Street

City  State  ZIP Code

Last 4 digits of account number: XXXX-_____

---

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

---

Copyright © Financial Software Solutions, LLC  BlueStylus

| Debtor 1 | **Brent** | **Allen** | **Romines** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

☑ No
☐ Yes

---

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No.
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $ 0.00 |
| _____<br>Number      Street | | _____ | $ 0.00 |
| _____<br>City            State   ZIP Code | | | |
| _____<br>Person's relationship to you | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No.
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **North Webster Church of God**<br>Charity's Name | **Weekly tithe - $200 per month** | _____ | $ 0.00 |
| _____<br>Number      Street | | _____ | $ 0.00 |
| _____<br>City            State   ZIP Code | | | |

---

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  |  | $ _____ |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No.
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **HallerColvin PC**<br>Person Who Was Paid | **Chapter 11 Bankruptcy filing fee** | **7/27/2026** | $   **1,738.00** |
| **444 East Main Street**<br>Number      Street | | | $      0.00 |
| **Fort Wayne**      **IN**   **46802**<br>City           State   ZIP Code | | | |
| _____<br>Email or Website Address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor 1 **Brent** **Allen** **Romines** Case number *(if known)* _____

First Name     Middle Name     Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **HallerColvin PC**<br>Person Who Was Paid | **Attorney fees as to multiple lawsuits, associated case matters, and bankruptcy case filing preparation (8.12.2025 through 8.12.2026)** | **8/12/2025** | $ **34,596.05** |
| **444 East Main Street**<br>Number     Street | | | $ **0.00** |
| **Fort Wayne**     **IN**     **46802**<br>City     State     ZIP Code | | | |
| Email or Website Address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No.
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ _____ |
| Number     Street | | | $ _____ |
| City     State     ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No.
☑ Yes. Fill in the details.

---

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page 9 of 15

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
            First Name       Middle Name       Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **First Federal Savings Bank**<br>Person Who Received Transfer<br><br>**648 N Jefferson Street**<br>Number        Street<br><br>**Huntington        IN    46750**<br>City              State  ZIP Code<br><br>Person's relationship to you    **Creditor** | **5 Vehicles** | **Unknown** | **9/1/2024** |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ro Mech Mechanical Inc.**<br>Person Who Received Transfer<br><br>**1210 Foxmoor Run**<br>Number        Street<br><br>**Fort Wayne        IN    46825**<br>City              State  ZIP Code<br><br>Person's relationship to you    _____ | **Lien - UCC Filing** | **Loan/debt payment** | **4/17/2026** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No.
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust    _____ | | _____ |

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No.
☐ Yes. Fill in the details.

Copyright © Financial Software Solutions, LLC                                                                                        BlueStylus

Debtor 1  **Brent**        **Allen**        **Romines**                    Case number *(if known)* _____
          First Name       Middle Name      Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ Name of Financial Institution | XXXX- _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |
| _____ Number      Street | | | |
| _____ City      State   ZIP Code | | | |

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No.
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| _____ Name of Financial Institution | _____ Name | | ☑ No ☐ Yes |
| _____ Number      Street | _____ Number      Street | | |
| _____ City      State   ZIP Code | _____ City      State   Zip Code | | |

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No.
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| **BA Romines Sheetmetal, Inc.** Name of Storage Facility | **Brent Romines** Name | **Business Equipment** | ☐ No ☑ Yes |
| **11827 Hood St** Number      Street | **59 Ems B36B1 Ln** Number      Street | | |
| **Harlan**        **IN**   **46743** City      State   ZIP Code | **Warsaw**        **IN**   **46582** City      State   Zip Code | | |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor 1 | **Brent** | **Allen** | **Romines** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No.

☐ Yes. Fill in the details.

| | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| Owner's Name | | | $ |
| Number     Street | Number     Street | | |
| City          State    ZIP Code | City          State    Zip Code | | |

---

**Part 10:    Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Fill in the details.

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number     Street | Number     Street | | |
| City          State    ZIP Code | City          State    Zip Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Fill in the details.

Debtor 1    **Brent**                **Allen**              **Romines**                Case number *(if known)* _____

First Name        Middle Name        Last Name

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number    Street | Number    Street | | |
| City        State    ZIP Code | City        State    Zip Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.

☐ Yes. Fill in the details.

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| Case number _____ | Number    Street | | ☐ Concluded |
| | City        State    ZIP Code | | |

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

Official Form 107            **Statement of Financial Affairs for Individuals Filing for Bankruptcy**            page 13 of 15

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor 1    **Brent**          **Allen**          **Romines**          Case number *(if known)*  _____
            First Name        Middle Name        Last Name

**BA Romines Sheetmetal, Inc.**
Name of Site

**11827 Hood St**
Number        Street

**Harlan**        **IN**      **46743**
City            State    ZIP Code

**Describe the nature of the business**

**Sheetmetal**

**Name of accountant or bookkeeper**

**Joe Gabet**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    **1/1/2005**    To    **1/1/2024**

---

**Romines Investments, LLC**
Name of Site

**11833 Hood Street**
Number        Street

**Harlan**        **IN**      **46743**
City            State    ZIP Code

**Describe the nature of the business**

**Holding company for property in Harlan, IN.**

**Name of accountant or bookkeeper**

**Joe Gabet**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: _____

**Dates business existed**

From    **1/1/2006**    To    **Present**

---

28.    **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**

Include all financial institutions, creditors, or other parties.

☑    No.
☐    Yes. Fill in the details below.

---

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 14 of 15
Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor 1   **Brent**          **Allen**          **Romines**          Case number *(if known)* _____
           First Name        Middle Name        Last Name

| **Date Issued** |

_____                    _____
Name                                               MM/DD/YYYY

_____
Number      Street

_____
City              State    ZIP Code

---

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ **/s/ Brent  Allen Romines**_____              ✘ _____
Signature of Debtor 1                               Signature of Debtor 2

Date   **8/13/2026**_____                          Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑  No.
☐  Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑  No.
☐  Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 15 of 15
Copyright © Financial Software Solutions, LLC                                                          BlueStylus

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   | $245 | filing fee |
|---|------|-----------|
|   | $78  | administrative fee |
| + | $15  | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.
Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the

o    trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time  and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts  set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or  5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may  still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting  in a fiduciary capacity,
- most criminal fines and restitution  obligations,
- certain debts that are not listed in your  bankruptcy papers,
- certain debts for acts that caused death or  personal injury, and
- certain long-term secured debts.

> ### Warning: File Your Forms on Time
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to:
> http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## <u>Northern District of Indiana</u>

**In re**

Case No. _____

**Debtor**     **Brent Allen Romines**          Chapter  <u>**11**</u>_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .............................................. $ <u>Hourly Rates: Partner $420/hr. Associates $225-$295/hr.</u>

    Prior to the filing of this statement I have received ............................ $_____<u>34,596.05</u>_____ Past one year re: multiple matters:

    Balance Due ...................................................................................... $_____**0.00**_____

2.  The source of the compensation paid to me was:
    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    • **Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

    • **Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

    • **Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

    • **Representation of the debtor in certian adversary proceedings and other contested bankruptcy matters;**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    • Representation in any nondischargeablity actions
    • Representation as to any non-bankruptcy related matters.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/13/2026
_Date_

_Signature of Attorney_

**HallerColvin PC**
**444 East Main St**
**Fort Wayne, IN 46802**
sskekloff@hallercolvin.com
_Name of law firm_

---

Official Form 2030                    **Disclosure of Compensation Of Attorney For Debtor**                    page 2 of 2
Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

# United States Bankruptcy Court

## Northern District of Indiana

In re   **Brent  Allen Romines**                              Case No. _____
                                    Debtor(s)          Chapter    **11**  _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **8/13/2026**  _____       **/s/ Brent  Allen Romines**  _____
                                                     **Brent  Allen Romines**
                                                     Signature of Debtor

Copyright © Financial Software Solutions, LLC

**3Rivers FCU**
**Attn: Bankruptcy**
**PO Box 2573**
**Fort Wayne, IN 46801**

**AC Equipment Representatives, Inc.**
**9360 Castlegate Dr.**
**Indianapolis, IN 46256**

**Airgas**
**259 N Randor Chester Rd**
**Wayne, PA 19087**

**Allen County Building Department**
**200 E Berry St.**
**Suite 108**
**Fort Wayne, IN 46802**

**Alliance Trading, Inc.**
**6105 41st Street East**
**Bradenton, FL 34203**

**American Metals Supply**
**11337 Williamson Rd.**
**Cincinnati, OH 45241**

**Ayres Heating and Cooling**
**222 N Market St**
**Van Wert, OH 45891**

**Bank of America**
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**

**Creditor Matrix**                                                page 2 of 11

Copyright © Financial Software Solutions, LLC

**Biehl & Biehl, Inc.**
**325 East Fullerton Ave**
**Carol Stream, IL 60188**


**BIM Services**
**7703 N Lamar Blvd**
**Ste 615**
**Austin, TX 78752**


**Brucker Company**
**1200 Greenleaf Ave**
**Elk Grove Village, IL 60007**


**Burt and Associates**
**Attn: Jessica Miller**
**801 E Campbell Rd**
**Ste 165**
**Richardson, TX 75081-6759**


**Capital Hardware Supply Co., Inc.**
**10 Railroad Avenue**
**Closter, NJ 07624**


**Capital One**
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130**


**Capital One Trade Credit**
**PO Box 60506**
**City of Industry, CA 91716-0506**


**Crane Industrial Service Co.**
**11035 Anderson Rd**
**Granger, IN 46530**

Copyright © Financial Software Solutions, LLC

**Custom Service Crane, Inc.**
**639 County Rd 3000 N**
**Fisher, IL 61843**


**Dan's Crane Service**
**1752 Titus Road**
**Springfield, OH 45502**


**Doc's Crane & Rigging, Inc.**
**6445 N Mayne Rd**
**Roanoke, IN 46783**


**Dodge Construction Network**
**PO Box 23896**
**10087-3896**


**Drewry Simmons Vornehm, LLP**
**Attn: Patrick A. Drewry**
**736 Hanover Place**
**Suite 200**
**Carmel, IN 46032**


**Eastern Engineering Supply**
**1239 N Wells St**
**Fort Wayne, IN 46808**


**Enviro-Aire Total Balance Company Inc.**
**28915 Harper Ave**
**Saint Clair Shores, MI 48081**


**FedEx**
**942 South Shady Grove Road**
**Memphis, TN 38120**

Copyright © Financial Software Solutions, LLC

**Fehr Bros. Industries Inc.**
**895 Kings Hwy**
**Saugerties, NY 12477**


**General Insulation Company, Inc.**
**Attn: Toni Houck**
**278 Mystic Ave.,**
**Suite 209**
**Medford, MA 02155**


**Granite RE, Inc.**
**Attn: Surety Claims Department**
**14001 Quailbrook Drive**
**Oklahoma City, OK 73134**


**Hahn Systems**
**7147 Ricker Road**
**New Haven, IN 46774**


**Havel Inc.**
**7525 Disalle Blvd**
**Fort Wayne, IN 46825**


**Heavy Equipment Services**
**PO box 6347**
**Siloam Springs, AR 72761**


**Ideal Insulation Inc.**
**549 E 700 North**
**Franklin, IN 46131**


**Indiana Concrete Sawing & Drilling, Inc.**
**1102 S Indiana Ave**
**Auburn, IN 46706**

**Creditor Matrix**                                          page 5 of 11

Copyright © Financial Software Solutions, LLC

**Indiana Department of Revenue**
**Bankruptcy Section**
**Indiana Department of Revenue**
**100 North Senate Avenue**
**MS 108**
**Indianapolis, IN 46204**

**Indiana Thermal Solutions, LLC**
**6872 Hillsdale Ct**
**Indianapolis, IN 46250**

**Jeremy J. Grogg, Esq.**
**200 E. Main Street**
**Suite 1000**
**Fort Wayne, IN 46802**

**KHM Supply Company**
**1720 Spruce St**
**Defiance, OH 43512**

**Lane Steel Co., Inc.**
**4 River Road**
**Mc Kees Rocks, PA 15136**

**Langendorf Supply Co.**
**7951 Zionsville Rd**
**Indianapolis, IN 46268**

**Law Offices of Richard T. Avis**
**P.O. Box 735633**
**Chicago, IL 60673-5633**

**Lennox Industries**
**2140 Lake Park Blvd.**
**Richardson, TX 75080**

Copyright © Financial Software Solutions, LLC

**Linde Gas LLC**
**10 Riverview Drive**
**Danbury, CT 06810**


**MacAllister Machinery Company Inc.**
**2500 Coliseum Blvd W**
**Fort Wayne, IN 46808**


**Maysville Regional Water-Sewer**
**18633 IN-37**
**Harlan, IN 46743**


**McMaster-Carr Supply Co.**
**P.O. Box 4355**
**Chicago, IL 60680-4355**


**Menards**
**5105 Menards Drive**
**Eau Claire, WI 54703**


**Midwest Pipe & Steel, Inc.**
**323 E Berry St.**
**Fort Wayne, IN 46802**


**Millennia Stainless Inc.**
**10016 Romandel Ave**
**Santa Fe Springs, CA 90670**


**Mobile Mini**
**4646 E. Van Buren Street**
**Suite 400**
**Phoenix, AZ 85008**

Copyright © Financial Software Solutions, LLC

Mobile Onsite Repair LLC
dba Heavy Service Equipment
3382 CR 52
Auburn, IN 46706


National Test & Balance
3020 S Meridian St
#B
Indianapolis, IN 46217


Nicely Done Mechanical LLC
6233 Belle Isle Ln
Fort Wayne, IN 46835


O'Reilly Automotive, Inc.
233 South Patterson Avenue
Springfield, MO 65802-2298


Office of the United States Attorney
Attn: Civil Division
5400 Federal Plaza
Suite 1500
Hammond, IN 46320


Ohio Department of Taxation
Bankruptcy Division
30E. Broad Street
21st Floor
Columbus, OH 43215


Partners 1st FCU
1330 Directors Row
Fort Wayne, IN 46808


Pawnee Leasing Corp
3801 Automation Way
Fort Collins, CO 80525

**Creditor Matrix**                                                        page 8 of 11

Copyright © Financial Software Solutions, LLC

Performance Service, Inc.
4670 Haven Point Boulevard
Indianapolis, IN 46280


Phases & Stages, LLC
14031 Raynham Rd.,
Fort Wayne, IN 46814


Plumbers Supply Co
533 Keystone Dr.
Fort Wayne, IN 46825


PNC Bank
Attn: Bankruptcy Department
PO Box 489909
Charlotte, NC 28269-5329


PNC Financial
Attn: Bankruptcy
300 Fifth Ave
Pittsburgh, PA 15222


PNC Mortgage
Attn: Bankruptcy
8177 Washington Church Rd
Dayton, OH 45458


Pro Fit HVAC, LLC
15713 State Route 116
Saint Marys, OH 45885-9271


Product Design & Piping Inc.
3615 Transportation Drive
Fort Wayne, IN 46818

**Creditor Matrix**                                    page 9 of 11

Copyright © Financial Software Solutions, LLC

**PSC Crane & Rigging**
**4243 US-36**
**Piqua, OH 45356**

**Republic Abrasives**
**10221 Sweet Valley Dr**
**Cleveland, OH 44125**

**Ro-Mech Mechanical Inc.**
**228 E Collins Rd**
**Unit D**
**Fort Wayne, IN 46825**

**Shambaugh & Son, L.P.**
**7614 Opportunity Dr**
**Fort Wayne, IN 46825**

**Sheriff of Allen County**
**Attn: Sgt. Brian Sandberg**
**Courthouse Rm 100 Civil Division**
**715 S. Calhoun St.**
**Fort Wayne, IN 46802**

**Sunbelt Rentals Inc**
**2525 W Coliseum Blvd**
**Fort Wayne, IN 46808**

**Temperature Equipment Corporation**
**8500 North Creek Drive**
**Tinley Park, IL 60477**

**The Bostwick-Braun Company**
**7349 Crossleigh Ct**
**Toledo, OH 43617**

Copyright © Financial Software Solutions, LLC

**The LaSource Group**
**8711 E Pinnacle Peak Rd 309**
**Scottsdale, AZ 85255**

**United Rentals**
**5517 Distribution Dr**
**Fort Wayne, IN 46825**

**United States Small Business Administration**
**District Director**
**5726 Professional Circle**
**Suite 100**
**Indianapolis, IN 46241**

**US Bank**
**CB Disputes**
**Saint Louis, MO 63166**

**Ventfabrics, Inc.**
**5520 North Lynch**
**Chicago, IL 60630**

**Wayne Pipe & Supply Inc**
**6040 Innovation Blvd**
**Fort Wayne, IN 46818**

**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94104**

**Wyse Crane Service**
**5633 Co Rd 25**
**Archbold, OH 43502**

Copyright © Financial Software Solutions, LLC